IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

v.                                                                        Case Number: 05-mj-00704-GJR

DEREK BUFORD,                                                 USM Number: 33616-013

    Defendant.
_____

ORDER FOR REAPPOINTMENT
_____

    The Court hereby grants the Defendant's motion and hereby reappoints counsel to represent the Defendant in this post-sentence matter. This order shall be made effective nunc pro tunc to January 25, 2006.

    Dated this 2nd day of February, 2006.

                                                            s/Gudrun Rice
                                                            _____
                                                             Gudrun Rice, U.S. Magistrate Judge